## CITY OF ST. LOUIS v. UNITED RAILWAYS COMPANY OF ST. LOUIS, Appellant.

**Nos. 17524, 17526, 17527, 17528 and 17570.   In Banc, January 25, 1915.**

For the reasons stated in City of St. Louis v. United Railways Company, reported at page 387 of this Report, the judgment in these five cases is affirmed.

Appeal from St. Louis City Circuit Court.—*Hon. Daniel D. Fisher*, Judge.

AFFIRMED.

For attorneys and briefs, see *ante*, p. 393.

WALKER, J.—The five cases above numerically designated and identical as to the respective parties thereto, involve the same issues and are determined by the same principles of law declared by this court in case numbered 17254 and entitled "City of St. Louis, Respondent, v. United Railways Company, Appellant," decided at this term. The judgments, therefore, in said cases numbered 17524, 17526, 17527, 17528 and 17570 are affirmed for the reasons stated in said case numbered 17254. And it is so ordered. *Lamm, C. J.*, and *Woodson* and *Brown, JJ.*, concur. *Graves, J.*, dissents in an opinion filed in 17254, in which *Bond* and *Faris, JJ.*, concur.